# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3976
_____

ANDREW D. JONES JR.,

Appellant,

v.

FLORIDA A&M UNIVERSITY
BOARD OF TRUSTEES,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

February 29, 2024

PER CURIAM.

AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andrew D. Jones Jr., pro se, Appellant.

Robert E. Larkin, III, Allen Norton & Blue, P.A., Tallahassee, and Matthew D. Stefany of Allen Norton & Blue, P.A., Tampa, for Appellee.